MIGUEL ANDRADE, Appellant, v NEW YORK CITY POLICE DEPARTMENT, Respondent.

Submitted August 3, 2009; decided October 15, 2009

Reported below, 2009 NY Slip Op 75789(U).

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION/FIDELITY NEW YORK FSB, Respondent, v MARILYN LANE, Appellant, and FRANCES TURNER et al., Intervenors-Respondents.

Submitted August 17, 2009; decided October 15, 2009

Reported below, 64 AD3d 454.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

BUFFALO CRUSHED STONE, INC., Appellant, v TOWN OF CHEEKTOWAGA, Respondent.

Submitted August 17, 2009; decided October 15, 2009

Reported below, 55 AD3d 1228.

Motion for reargument denied [see 13 NY3d 88 (2009)].

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARD A. LEOPOLD, Appellant.

Submitted October 13, 2009; decided October 15, 2009

Reported below, 63 AD3d 1631.

Motion for poor person relief granted.